TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*****************************************************

**UNITED STATES OF AMERICA**

-V-

**INWOO KIM and
DANIEL LEE**

**26-MJ-28**

**Docket Number**

*****************************************************

**SUBMITTED BY:** ☐ Plaintiff ☐ Defendant ☒ DOJ
Name: **Patrick J. Campbell**
Firm Name: **DOJ**
Address: **271A Cadman Plaza East, Brooklyn, N**⊞
Phone Number: **(202) 262-7067**
Email Address: **Patrick.j.campbell2@usdoj.gov**
Return To: _____

**(Check off only one)**
☒ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only ☒ ex parte ☐ attorneys for the applicable party ☐ case participants

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Affidavit and complaint in support of arrest warrants and arrest warrants

**CERTIFICATION OF SERVICE**: (Check one)
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
**B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or
**C.)** ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

**2/5/26**

**Date**

*** Filed ***
10:51 AM, 05 Feb. 2026
U.S.D.C., Eastern District of New York

**A)** If pursuant to a prior Court Order:

Docket Number: _____

Judge: _____

Date Entered: _____

**B)** If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

**Ongoing criminal investigation; risk of flight**

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

*Marcia M. Henry*
U.S. ~~DISTRICT~~/ MAGISTRATE JUDGE

February 5, 2026

DATED: BROOKLYN , NEW YORK
RECEIVED IN CLERK'S OFFICE ON

**02/05/2026**

**/s/PJ Campbell**

**Signature**