# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-mj-00028-MMH |
| INWOO KIM | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INWOO KIM            .

Date:    02/12/2026

*N. Spencer*
*Attorney's signature*

NORMAN SPENCER; BAR NO. 4457818
*Printed name and bar number*

52 DUANE STREET, 7TH FLOOR
NEW YORK, NY 10007
*Address*

NS@NORMANSPENCERLAW.COM
*E-mail address*

(212) 577-6677
*Telephone number*

(212) 227-5602
*FAX number*