# NORMAN SPENCER LAW GROUP, P.C.
**ATTORNEYS AT LAW**

52 DUANE STREET, 7TH FLOOR
NEW YORK NEW YORK 10007
Tel. (212) 577-6677• Fax (212) 227-5602 • Email: ns@normanspencerlaw.com

---

February 12, 2026

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Inwoo Kim, et al.
      Docket No. 26-MJ-28**

Dear Judge Henry:

    I represent Inwoo Kim in the above-referenced matter. Mr. Kim's current bail conditions require that a surety execute the bond no later than February 14. Despite diligent efforts, Mr. Kim has not yet been able to secure a qualified surety. He is continuing to actively pursue one and anticipates being able to do so shortly, but requires additional time to complete the process.

    Accordingly, we respectfully request a brief extension of seven (7) days, through February 21, to allow Mr. Kim to secure and present an appropriate surety. I have conferred with AUSA Campbell, and the Government does not object to this request.

    We appreciate the Court's consideration.

Respectfully submitted,

*N. Spencer*

_____
Norman Spencer

cc:   AUSA Patrick Campbell (by email)